**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

STATE OF CONNECTICUT,

    *Plaintiff,*

    v.

U.S. DEPARTMENT OF THE INTERIOR,
DOUG BURGUM, BUREAU OF INDIAN
AFFAIRS, BRYAN MERCIER, ERIC WILCOX,

    *Defendants.*

Case No. 3:25-cv-00580-VDO

## JOINT STATUS REPORT

State of Connecticut (State), U.S. Department of the Interior, et al. (Federal Defendants) and Interested Party Mashantucket Pequot Tribal Nation (Tribe) (collectively, Parties) hereby file this joint status report apprising this Court of the Parties' progress on settlement discussions and intended next steps.

On August 18, 2025, the State filed a Joint Motion Requesting Referral to a Magistrate Judge for Mediation of this matter (Dkt. 67) and a Consent Motion to Stay All Existing Motion Deadlines Until 30 Days After Any Unsuccessful Conclusion of the Requested Mediation (Dkt. 68). This Court granted both motions on August 19, 2025 (Dkt. 69) and referred this case to mediation before The Honorable Holly B. Fitzsimmons on August 20, 2025 (Dkt. 70). On September 8, 2025, Judge Fitzsimmons held a telephonic scheduling conference (Dkt. 72) followed by issuance of a Settlement Conference Order scheduling a settlement conference for October 23, 2025 (Dkt. 73).

On October 23, 2025, Judge Fitzsimmons presided over a productive settlement conference with the Parties as well as nonparties the Towns of Ledyard, Preston and North Stonington

(collectively, Towns). Thereafter, the Tribe distributed a counteroffer to which the State and the Towns responded and agreed to another settlement conference, which was held on April 30, 2026.

While no comprehensive agreement emerged from this most recent settlement conference, the participants were able to make meaningful progress on certain issues. All participants shared the view that the settlement process should continue given the possibility of a resolution in the future with additional efforts. Another settlement conference with Judge Fitzsimmons is scheduled to be held on June 8, 2026.

The Parties submit that there remains the possibility that, with further discussions, this case may resolve and for that reason the Parties respectfully request that the stay remain in place and the mediation process continue.

Dated: May 7, 2026

Respectfully submitted,

PLAINTIFF
STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

*/s/ Michael Rondon*
Robert J. Deichert (ct24956)
Michael Rondon (ct31022)
Elizabeth Lewis (ct 32141)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
robert.deichert@ct.gov
michael.rondon@ct.gov
elizabeth.lewis@ct.gov

INTERESTED PARTY
MASHANTUCKET PEQUOT TRIBAL NATION

*/s/ Keith M. Harper*

Keith M. Harper (*pro hac vice*)
Andrew C. DeGuglielmo (*pro hac vice*)
Jenner & Block LLP
1099 New York Ave, NW
Suite 900
Washington, DC 20001
(202) 639-6045 (phone)
(202) 639-6066 (fax)
kharper@jenner.com
adeguglielmo@jenner.com

Thomas J. Murphy (ct409132)
James J. Healy (ct28447)
Cowdery, Murphy & Healy, LLC
280 Trumbull Street
Hartford, CT 06103
(860) 278-5555 (phone)
(860) 249-0012 (fax)
tmurphy@cmandh.com
jhealy@cmandh.com

DEFENDANTS
UNITED STATES DEPARTMENT OF THE
INTERIOR ET AL.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Charmayne G. Staloff*
Charmayne G. Staloff, Trial Attorney
Hillary Hoffman, Trial Attorney
Tribal Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station

Washington, DC 20044
(202) 305-5628  (phone)
(202) 353-1156 (fax)
charmayne.staloff@usdoj.gov
hillary.hoffman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Connecticut by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


*/s/ Michael Rondon*
Michael Rondon